| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>David M. Goodrich<br>3070 Bristol Street, Suite 640<br>Costa Mesa, CA 92626<br>(714) 966-1000<br>*dgoodrich@go2.law*<br><br>☒ *Chapter 7 trustee appearing without an attorney*<br>☐ *Attorney for chapter 7 trustee* | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br><br>CADITZ, JASMIN CORTEZ<br><br><br><br><br><br><br><br>Debtor(s) | CASE NO.: 2:26-bk-15553-NB<br><br>CHAPTER 7<br><br>**CHAPTER 7 TRUSTEE'S MOTION TO DISMISS BANKRUPTCY CASE AND DECLARATION THAT DEBTOR(S) FAILED TO APPEAR AT TWO 341(a) MEETINGS OF CREDITORS**<br><br>**[LBR 1017-2(b), LBR 9013-1(q)]** |

I am the trustee of this chapter 7 bankruptcy case. I request that this case be dismissed because the Debtor(s) failed to appear at two or more 341(a) meetings of creditors held pursuant to 11 U.S.C. § 341(a). I provided written notice to the Debtor(s) of any continued/rescheduled meeting of creditors.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: <u>July 30, 2026</u>    By: <u>/s/ David M. Goodrich</u>
    Signature of Trustee

    Name: <u>David M. Goodrich</u>
    Printed name of trustee

_____

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014    **F 1017-2.1.MOTION.DISM.CH7.TRUSTEE**